COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



KARL ZAPF,


 Appellant,


v.


CAROL JEAN ZAPF,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-07-00214-CV



Appeal from the


65th District Court


of El Paso County, Texas


(TC# 2004CM6656)


MEMORANDUM OPINION


 Pending before the Court is the parties' joint motion to dismiss this appeal pursuant to Tex.
R. App. P. 42.1(a)(2). The parties represent that Appellant has no desire to pursue the appeal, and
Appellee has no objection to its dismissal. Having considered the cause on the parties' motion, we
conclude the motion should be granted and hereby dismiss the appeal. As the motion does not
indicate the parties have agreed otherwise, costs will be taxed against Appellant. See Tex. R. App.
P. 42.1(d).


 KENNETH R. CARR, Justice


September 27, 2007


Before Chew, C.J., McClure, and Carr, JJ.